IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JOHN WAYNE DILLARD                                                                                   PLAINTIFF
ADC #147484

V.                                        NO: 5:12CV00270 SWW

CURTIS MEINZER *et al.*                                                                          DEFENDANTS

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied. The Court further certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 12th day of October, 2012.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE